JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY SMIRIN, on behalf of herself and others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>STEARNS LENDING, LLC, a California limited liability company,<br><br>　　　　　　　　Defendant. | Case No. 8:16-cv- 02045-CJC (KESx)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL** |

# **ORDER**

The Court, having reviewed the parties' Stipulation of Dismissal, and good cause appearing, hereby APPROVES the Stipulation and ORDERS that:

(1) This action is dismissed in its entirety. The claims alleged on behalf of Plaintiff Tammy Smirin are dismissed with prejudice, and the claims on behalf of the putative class members are dismissed without prejudice.

(2) Each party shall bear her or its own costs and expenses, including attorneys' fees.

IT IS SO ORDERED.

Dated: March 28, 2017

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE